UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),        CASE NO. 12-20443-01

v.

                          HONORABLE GERALD E. ROSEN

D-1, KIM LEO POWERS, SR.,

        Defendant(s).
                                /

**ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE (DOC. 86)**

On November 28, 2012 the Court held a hearing on defendant's Motion to Suppress Evidence (Doc. 86). For the reasons stated on the record,

IT IS HEREBY ORDERED that the motion is DENIED.

SO ORDERED.


Dated: November 29, 2012        s/Gerald E. Rosen
                                        Chief Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 29, 2012, by electronic and/or ordinary mail.

                                            s/Julie Owens
                                            Case Manager, (313) 234-5135